

**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

# LABORATORY REPORT

To: Claire Theresa Canty
New York

Date: April 15, 2022

Case ID No.: NY-3486569

Lab No.: 2021-02574-5

Communication(s): December 8, 2021

Agency Reference(s):

Subject(s):

Victim(s):

Discipline(s): Latent Prints

This document may contain privileged and/or personally identifiable information, including information related to juveniles and other protected individuals. This document must be afforded the protections required by applicable law, regulation, and policy. If you are not the intended recipient of this document, please destroy it promptly without further retention or dissemination, unless otherwise required by law.

FBI Laboratory Evidence Designator(s):

| Item | Description |
|---|---|
| Item 1 | Binder from 425 Massachusetts Avenue NW #119 (1B33, E6958743) |
| Item 1-1 | Pages from Item 1 Binder (1B33, E6958743) |
| Item 1-2 | Page from Item 1 Binder (1B33, E6958743) |
| Item 1-3 | Page from Item 1 Binder (1B33, E6958743) |
| Item 1-4 | Page from Item 1 Binder (1B33, E6958743) |
| Item 1-5 | Page from Item 1 Binder (1B33, E6958743) |
| Item 1-6 | Page from Item 1 Binder (1B33, E6958743) |
| Item 1-7 | Page from Item 1 Binder (1B33, E6958743) |
| Item 1-8 | Page from Item 1 Binder (1B33, E6958743) |
| Item 1-9 | Page from Item 1 Binder (1B33, E6958743) |
| Item 1-10 | Page from Item 1 Binder (1B33, E6958743) |
| Item 1-11 | Page from Item 1 Binder (1B33, E6958743) |

UNCLASSIFIED

This report addresses the request for friction ridge print examinations. Item 1-1 was not examined as requested.

RESULTS OF EXAMINATIONS

See Appendix A for key terms and the methods, limitations, and interpretations regarding the results of examinations.

The following table provides information regarding the known friction ridge print records of the individual(s) for comparison. Unless otherwise indicated, record(s) were obtained from NGI. The letter designation will be used throughout this report:

| Individual(s) for Comparison | | | |
|---|---|---|---|
| **Letter Designation** | **Name** | **UCN/DOB** | **Record Information** |
| A | SETH ROBERT MARKIN | 3VWRL09T5 | Record located |

The table below lists results of friction ridge print examinations:

| Results of Examinations | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **MARKIN (A)** | | | | | | | | | | |
| | | Analysis | | | Comparison | Evaluation | | | | |
| Item Number | Total | Fingerprint | Palm Print | Impression | Individuals | Anatomical Source | Identification | Exclusion | Inconclusive | NGI Comparisons |
| Item 1 | 2 | P1 | --- | --- | A | #3 | A | --- | --- | No |
| | | P2 | --- | --- | --- | --- | --- | --- | --- | Yes |
| Item 1-2 | 1 | P1 | --- | --- | A | #3 | A | --- | --- | No |
| Item 1-3 | 2 | P1 | --- | --- | A | #2 | A | --- | --- | No |
| | | P3 | --- | --- | A | #4 | A | --- | --- | No |
| Item 1-6 | 1 | P1 | --- | --- | --- | --- | --- | --- | --- | No |
| Item 1-9 | 1 | P1 | --- | --- | --- | --- | --- | --- | --- | No |
| Item 1-11 | 1 | P1 | --- | --- | --- | --- | --- | --- | --- | No |
| **Total prints suitable for comparison:** | 8 | | | | | | | | | |

The known record(s) of MARKIN may be protected, and further dissemination of the identification results requires approval from the CJIS Identity Management Unit at (304) 625-3018.

Automated searches of Item 1 P2 were conducted, but no additional identifications were effected. Print(s) were added to the Unsolved Latent File (ULF) and shared with other agency(ies), and you will be advised in a separate communication if an identification is made.

The remaining unidentified print(s) were not assessed for automated searches.

The remaining unidentified print(s) were not compared with the known prints of MARKIN as requested.

There may be additional prints suitable for comparison on Item 1 and Item 1-2 through Item 1-11.

REMARKS

The identity of an individual for comparison is based on the biographical information associated with the known record. Fully and clearly recorded fingerprints recorded in connection with this case may be necessary for:
- Confirmation that the appropriate known record was examined (for testimony purposes)
- Further comparison of any inconclusive results
- Comparison when known records were not located at the time

Recorded prints should be submitted to the FBI Laboratory's Evidence Management Unit with correspondence referencing FBI Laboratory number 2021-02574-5.

The remaining friction ridge print examinations were stopped as requested by SA Claire Canty on April 15, 2022. If complete friction ridge print examinations are requested, a resubmission of the Item 1-1 is necessary with the appropriate correspondence referencing FBI Laboratory number 2021-02574-5. Images of captured prints have been placed in our files for any future comparisons you may request.

Verification(s) and/or blind verification(s) were conducted by the following individuals:
- Krystal N. Watts
- Erik Carpenter

For questions about the content of this report, please contact Forensic Examiner Icel M. Kuznetsova at (703) 632-8393 or imkuznetsova@fbi.gov.

For questions about the status of your submission, including any remaining forensic examinations, please contact Brittany G. Macias at (703) 632-7828.

```
UNCLASSIFIED
```

The evidence will be returned under separate cover.

This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI files. This report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for the Forensic Latent Print Discipline. The work described in this report was conducted at the Quantico Laboratory. Once a written discovery request is received, please allow a minimum of thirty days to process.

                                                Icel M. Kuznetsova
                                                Latent Print Operations Unit

Page 4 of 8

2021-02574-5

```
UNCLASSIFIED
```

USAO_SDNY_04_000000029

```
UNCLASSIFIED
```

APPENDIX A

Explanation of Key Terms:

Suitable for Comparison - A print is suitable for comparison (or claimed) when sufficient reliable information may be present such that an identification decision could be reached.

The anatomical source of a print deemed suitable for comparison is designated as follows:

- Fingerprint - coming from any part of a finger and designated as #1 through #10 on a standard fingerprint card

- Palm print - coming from any part of the palm area of a hand and designated as LP or LPP for left palm and RP or RPP for right palm

- Toe print - coming from any part of a toe and designated as #1t through #10t in the same manner as a standard fingerprint card

- Footprint - coming from any part of the sole of a foot and designated as LFtpt for left foot and RFtpt for right foot

- Handprint - coming from fingerprint(s) and palm print that appear to be deposited by the same touch and designated as LHP for left handprint and RHP for right handprint

- Impression - coming from an anatomical region that cannot be determined and may have come from any of the above sources

A print deemed suitable for comparison that is detected on an item of evidence may be assigned a print number, 'P'.

NGI - Next Generation Identification system, the FBI's national friction ridge print database

OGA - Information sharing efforts with Other Government Agency

UCN/DOB - Universal Control Number (formerly FBI #)/Date of Birth

CJIS - Criminal Justice Information Services Division

Page 5 of 8

2021-02574-5

```
UNCLASSIFIED
```

USAO_SDNY_04_000000030

UNCLASSIFIED

Methods, Limitations, and Interpretations:

Friction ridge skin consists of ridges, which are raised portions of skin, and furrows, which are the valleys in between the ridges. Friction ridge skin is found on the fingers, palms, and soles of the feet. A friction ridge print is a reproduction of the friction ridge features when the skin comes into contact with an item. Items of evidence submitted for friction ridge print examinations may be examined visually, examined with various light sources, and processed with chemicals and powders to detect the presence of friction ridge prints. The specific sequence of examinations and processes depends upon the nature of the evidence.

Friction ridge print examinations are conducted using Analysis, Comparison, and Evaluation (ACE) (1), which includes an assessment of the quantity and quality of the information present. The steps of ACE are applied to friction ridge prints as appropriate.

Analysis is the assessment of a friction ridge print by a qualified examiner, accounting for the quantity and quality of the features detected in the print. An examiner will assess the types of features and the spatial relationships of the features to one another, which may be affected by factors such as pressure and movement when the print is transferred (2) (3). A print is deemed suitable for comparison when sufficient reliable information may be present such that an identification decision could be reached.

A thorough analysis is conducted on friction ridge prints prior to conducting comparisons. Analysis is documented by marking observed information in accordance with the Latent Print Units' standard operating procedures (4).

Comparison is the direct side-by-side observation of friction ridge prints deemed suitable for comparison to determine whether the information observed during Analysis is in disagreement or agreement between two prints. When determining if features correspond, an examiner accounts for variation in the appearance of the friction ridge prints due to factors such as pressure and movement (2).

Evaluation is the formation of a conclusion based on the examiner's observations, assessments, and documentation generated during the analysis and comparison of the friction ridge prints. Decisions that may be reached are as follows (5):

- Identification is an examiner's conclusion that two friction ridge prints originated from the same source. The conclusion is an examiner's decision that the observed friction ridge skin features are in sufficient correspondence such that the examiner would not expect to see the same arrangement of features repeated in a print that came from a different source and insufficient friction ridge skin features in disagreement to conclude that the prints came from different sources. The basis for an identification conclusion is an examiner's decision that the observed corresponding friction ridge skin features provide extremely strong support for the proposition that the two prints came from the same source and extremely weak support for the proposition that the two prints came from different sources. An identification is the

2021-02574-5

UNCLASSIFIED

statement of an examiner's opinion (an inductive inference[1]) that the probability that the two prints were made by different sources is so small that it is negligible. An identification is not based upon a statistically-derived or verified measurement or comparisons of all friction ridge print features in the world's population. While an identification to the exclusion of all others is not supported by research, studies have shown that as more reliable features are found in agreement, it becomes less likely to find that same arrangement of features in a print from another source (6).

- Exclusion is an examiner's conclusion that two friction ridge prints did not originate from the same source. The basis for an exclusion is an examiner's decision that there are sufficient friction ridge skin features in disagreement to conclude that the two impressions came from different sources.

- Inconclusive is an examiner's conclusion that there is insufficient quantity and clarity of corresponding friction ridge skin features between two prints such that the examiner is unable to identify or exclude the two prints as originating from the same source. The basis for an inconclusive conclusion is an examiner's decision that an identification or exclusion cannot be made due to insufficient information in either of the two prints examined. The conclusion can be based on either a latent print or a known print.

  o Inconclusive is reported when there is insufficient information in the known print. Additional recordings from the compared individual may allow for a conclusive decision to be reached.

  o Latent inconclusive is reported when there is insufficient information in the print deemed suitable for comparison. Additional recordings of the compared individual are not expected to allow for a conclusive decision to be reached.

While the examination process is subjective in nature (7), the Latent Print Units have quality assurance measures in place to minimize variability and reduce the chance of error. Examples include but are not limited to verification and blind verification, which are implemented in accordance with the Latent Print Units' standard operating procedures (4).

- Verification is the application of ACE to a friction ridge print by another qualified examiner.

- Blind verification is a type of verification by another examiner who has limited case information and does not know the evaluation decision of the primary examiner.

---

[1] "By the process of induction or inference, predictions about new situations are inferred or induced from the existing body of knowledge. In other words, an inference is a generalization, but one that is made in a logical and scientifically defensible manner." Oxford Dictionary of Forensic Science 130 (2012).

There is no meaningful predictive rate of error for the entire comparison process (9) (10); however, studies have demonstrated that examiners reach accurate and reliable conclusions under specific test conditions (11) (12).

The presence of a friction ridge print on an item of evidence indicates contact was made between the source and the item. The presence of a friction ridge print alone does not necessarily indicate the significance of the contact or the time frame during which the contact occurred.

Due to a variety of factors, the recovery of friction ridge prints on items of evidence is not always successful. A lack of friction ridge prints on an item or the exclusion of a friction ridge print from a given source does not necessarily mean that the given source did not come into contact with the item.

References:

1. Ashbaugh, D. R. (1999). *Quantitative and Qualitative Friction Ridge Analysis: An Introduction to Basic and Advanced Ridgeology*. New York, New York: CRC Press.
2. SWGFAST. (2013). *Standards for Examining Friction Ridge Impressions and Resulting Conclusions - Latent/Tenprint*. Retrieved from http://www.swgfast.org/Documents.html.
3. Maceo, A. (2009). Qualitative Assessment of Skin Deformation: A Pilot Study. *Journal of Forensic Identification*, *59*(4), 390-440.
4. FBI Laboratory Latent Print Units Operations Manual. Standard Operating Procedures for Examining Friction Ridge Prints. Quantico, Virginia. http://fbi.labqsd.com
5. Department of Justice Uniform Language for Testimony and Reports for the Forensic Latent Print Discipline.
6. Neumann, C., Evett, I.W., and Skerrett, J. (2012). Quantifying the Weight of Evidence from a Forensic Fingerprint Comparison: A New Paradigm. *Journal of the Royal Statistical Society*, *175*(Part 2), 371-415.
7. Ulery, B.T., Hicklin, A.R., Buscaglia, J., and Roberts, M.A. (2012). Repeatability and Reproducibility of Decisions by Latent Fingerprint Examiners. *PLoS ONE 7*(3), e32800. doi:10.1371/journal.pone.0032800.
8. FBI Laboratory Latent Print Units Quality Assurance Manual. Procedures for Verification and Blind Verification. Quantico, Virginia. http://fbi.labqsd.com
9. Budowle, B. et al. (2009). A Perspective on Errors, Bias, and Interpretation in the Forensic Sciences and Direction for Continuing Advancement. *Journal of Forensic Sciences, 54*(4), 798-809.
10. Kellman, P.J., et al. (2014). Forensic Comparison and Matching of Fingerprints: Using Quantitative Image Measures for Estimating Error Rates through Understanding and Predicting Difficulty. *PLoS ONE, 9*(5), e94617. doi: 10.1371/journal.pone.0094617.
11. Tangen, J.M., Thompson, M.B., & McCarthy, D.J. (2011). Identifying Fingerprint Expertise. *Psychological Science, 22*(8), 995-997.
12. Ulery, B.T., Hicklin, A.R., Buscaglia, J., and Roberts, M.A. (2011). Accuracy and Reliability of Forensic Latent Fingerprint Decisions. *Proceedings of the National Academy of Sciences, 108*(19), 7733-7738.